TOM PETRUS & MILLER LLLC

MICHAEL D. TOM                1655-0
Tel (808) 792-5802
mtom@tpm-hawaii.com
LYLE M. ISHIDA                4529-0
Tel (808) 792-5806
lishida@tpm-hawaii.com
ASHLEY R. SHIBUYA             10200-0
Tel (808) 792-5804
ashibuya@tpm-hawaii.com
Finance Factors Center, Suite 650
1164 Bishop Street
Honolulu, Hawaii  96813
Facsimile:  (808) 792-5809

Attorneys for Defendants
MAUI ESTATES INTERNATIONAL LLC
and BOB HANSEN

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DOUBLETREES LAND AND TIMBER, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> MAUI ESTATES INTERNATIONAL LLC, a Domestic Limited Liability Company (LLC), BOB HANSEN, JAMES HUNT, CAROL HUNT AND BARRY BROWN dba RE/MAX ISLAND PROPERTIES, <br><br> Defendants. | CIVIL NO. CV15 00194 JMS KSC (Real Property) <br><br> FINDINGS AND RECOMMENDATION TO GRANT DEFENDANTS MAUI ESTATES INTERNATIONAL, LLC AND BOB HANSEN, JAMES HUNT AND CAROL HUNT, BARRY BROWN DBA RE/MAX ISLAND PROPERTIES, PLAINTIFF <br><br> Hearing Date:  May 3, 2016 <br> Time:          9:30 a.m. <br> Honorable Kevin S. C. Chang |

BARRY BROWN,

        Third-Party Plaintiff,

    vs.

WILLARD GARY DEARDORFF and
JOAN DEARDORFF,

        Third-Party Defendants,

_____

MAUI ESTATES INTERNATIONAL
LLC, a Domestic Limited Liability
Company (LLC) and BOB HANSEN,

        Third-Party Plaintiff,

    vs.

WILLIAM B. MOFFETT DBA
MOFFETT PROPERTIES,

        Third-Party Defendant.

_____

JAMES HUNT AND CAROL HUNT,

        Third-Party Plaintiff,

    vs.

WILLARD GARY DEARDORFF and
JOAN DEARDORFF,

        Third-Party Defendants.

_____

DOUBLETREES LAND AND
TIMBER, LLC, AND THIRD PARTY
DEFENDANTS WILLARD GARY
DEARDORFF AND JOAN
DEARDORFF'S JOINT PETITION
FOR DETERMINATION OF GOOD
FAITH SETTLEMENT PURSUANT
TO HAW. REV. STAT. § 663.15.5
(FILED MARCH 23, 2016)

FINDINGS AND RECOMMENDATION TO GRANT DEFENDANTS
MAUI ESTATES INTERNATIONAL, LLC AND BOB HANSEN,
JAMES HUNT AND CAROL HUNT, BARRY BROWN DBA RE/MAX
ISLAND PROPERTIES, PLAINTIFF DOUBLETREES LAND AND
TIMBER, LLC, AND THIRD PARTY DEFENDANTS WILLARD GARY
DEARDORFF AND JOAN DEARDORFF'S JOINT PETITION FOR
DETERMINATION OF GOOD FAITH SETTLEMENT PURSUANT
TO HAW. REV. STAT. § 663.15.5 (FILED MARCH 23, 2016)

Defendants MAUI ESTATES INTERNATIONAL, LLC and BOB

HANSEN, JAMES HUNT and CAROL HUNT, and BARRY BROWN DBA

RE/MAX ISLAND PROPERTIES; Plaintiff DOUBLETREES LAND AND

TIMBER, LLC; and Third Party Defendants WILLARD GARY DEARDORFF

and JOAN DEARDORFF (hereinafter collectively the "Petitioners") having filed a

Joint Petition for Determination of Good Faith Settlement Pursuant to Haw. Rev.

Stat. § 663-15.5 in the above-entitled case on March 23, 2016 (hereinafter the

"Petition"); and

Said Petition having duly come on for hearing before the Honorable

KEVIN S. C. CHANG on May 3, 2016, at 9:30 a.m.; and

Plaintiff DOUBLETREES LAND AND TIMBER, LLC and Third

Party Defendants WILLARD GARY DEARDORFF and JOAN DEARDORFF,

having been represented by Abigail M. Holden; Defendants MAUI ESTATES

INTERNATIONAL LLC and BOB HANSEN, having been represented by

Michael D. Tom; and Defendants JAMES HUNT and CAROL HUNT, having

been represented by Shauna Bell at the hearing of said Petition; and

The Court having heard the arguments of counsel, reviewed the record, having reviewed all settlement terms as set forth in the Sealed Exhibit "A", and based upon the "totality of the circumstances" as required by <u>Troyer v. Adams</u>, 102 Hawaii 399, 77 P.3d 83 (2003), and pursuant to HRS § 663-15.5;

The Court HEREBY FINDS and RECOMMENDS that Defendants MAUI ESTATES INTERNATIONAL, LLC and BOB HANSEN, JAMES HUNT and CAROL HUNT, and BARRY BROWN DBA RE/MAX ISLAND PROPERTIES; Plaintiff DOUBLETREES LAND AND TIMBER, LLC; and Third Party Defendants WILLARD GARY DEARDORFF and JOAN DEARDORFF's Joint Petition for Determination of Good Faith Settlement Pursuant to Haw. Rev. Stat. § 663-15.5, filed herein on March 23, 2016, be granted, that any and all claims that have been asserted against the parties be dismissed with prejudice and that all joint tortfeasors and joint obligors are barred from asserting any future claims against the parties.

DATED:  Honolulu, Hawaii, May 9, 2016.





Kevin S.C. Chang
United States Magistrate Judge

---

Civil No. CV15 00194 JMS KSC, Doubletrees Land and Timber, LLC, Plaintiff vs. Maui Estates International LLC, et al., Defendants, et al., "Findings and Recommendation To Grant Defendants Maui Estates International, LLC and Bob Hansen, James Hunt and Carol Hunt, Barry Brown dba Re/Max Island Properties, Plaintiff Doubletrees Land and Timber, LLC, and Third Party Defendants Willard Gary Deardorff and Joan Deardorff's Joint Petition For Determination of Good Faith Settlement Pursuant to Haw. Rev. Stat. § 663.15.5 (filed March 23, 2016)"