IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DOUBLETREES LAND AND TIMBER, LLC, | ) ) ) | CIVIL 15-00194-JMS-KSC |
| Plaintiffs, | ) ) | ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |
| vs. | ) ) ) | |
| MAUI ESTATES INTERNATIONAL LLC, a Domestic Limited Liability Company (LLC), BOB HANSEN, JAMES HUNT, CAROL HUNT AND BARRY BROWN dba RE/MAX ISLAND PROPERTIES, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) ) | |
| BARRY BROWN, | ) ) | |
| Third-Party Plaintiff, | ) ) | |
| vs. | ) ) | |
| WILLARD GARY DEARDORFF and JOAN DEARDORFF, | ) ) ) | |
| Third-Party Defendants. | ) ) | |
| _____ | ) | |

| | |
|---|---|
| MAUI ESTATES INTERNATIONAL LLC, a Domestic Liability Company (LLC and BOB HANSEN,            Third-Party Plaintiffs,     vs.  WILLIAM B. MOFFETT DBA MOFFETT PROPERTIES,            Third-Party Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| JAMES HUNT AND CAROL HUNT,            Third-Party Plaintiffs,     vs.  WILLARD GARY DEARDORFF and JOAN DEARDORFF,            Third-Party Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on May 9, 2016, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, FINDINGS

AND RECOMMENDATION TO GRANT DEFENDANTS MAUI ESTATES INTERNATIONAL, LLC AND BOB HANSEN, JAMES HUNT AND CAROL HUNT, BARRY BROWN DBA RE/MAX ISLAND PROPERTIES, PLAINTIFF DOUBLETREES LAND AND TIMBER, LLC, AND THIRD PARTY DEFENDANTS WILLARD GARY DEARDORFF AND JOAN DEARDORFF'S JOINT PETITION FOR DETERMINATION OF GOOD FAITH SETTLEMENT PURSUANT TO HAW. REV. STAT. § 663.15.5 (FILED MARCH 23, 2016), Doc. No. 70, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, June 1, 2016.



 /s/ J. Michael Seabright
J. Michael Seabright
Chief United States District Judge

*Doubletrees Land & Timber, LLC v. Maui Estates Int'l LLC, et al.*, Civ. No. 15-00194 JMS-KSC, Order Adopting Magistrate Judge's Findings and Recommendation